# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SCARLETT LOPEZ, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:26-cv-00022 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| DAKOTA RAMSEUR, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 20, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #5) that Plaintiff Scarlett Lopez's claims against Defendant Dakota Ramseur (Dkt. #1) be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is **ORDERED** that Plaintiff Lopez's claims against Defendant Ramseur are **DISMISSED WITHOUT PREJUDICE**.

---

[1] On April 30, 2026, a copy of the report was returned as undeliverable and marked, "RETURN TO SENDER NO SUCH NUMBER UNABLE TO FORWARD." (Dkt. #6). Plaintiff has not updated her address with the Court.

It is **FURTHER ORDERED** that Plaintiff Lopez be granted leave to amend her complaint within 14 days of the entry of this memorandum.

**IT IS SO ORDERED**.

 **SIGNED this 26th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE